UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT GINEMAN,

        Plaintiff,

Case No. 09-CV-11955

v.

HON. GEORGE CARAM STEEH

UNITED STATES OF AMERICA
(DEPARTMENT OF VETERAN
AFFAIRS),

        Defendant.
_____/

ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

On April 27, 2011, the court held a hearing on defendant's motion for summary judgment. Counsel for the parties appeared and argued at the hearing. After consideration of the arguments presented in the briefs and at the hearing, the court finds that, at this time, summary judgment for defendant is appropriate. For the reasons stated on the record, defendant's motion for summary judgment is GRANTED and the case is dismissed.

IT IS SO ORDERED.

Dated: April 27, 2011

                                  S/George Caram Steeh
                                  GEORGE CARAM STEEH
                                  UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
April 27, 2011, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk