UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT GINEMAN,

        Plaintiff,

v.

Case No. 09-CV-11955

HON. GEORGE CARAM STEEH

UNITED STATES OF AMERICA
(DEPARTMENT OF VETERAN
AFFAIRS),

        Defendant.
_____/

## JUDGMENT

The above entitled matter has come before the court on defendant's motion for summary judgment, and in accordance with the court's order granting defendant's motion entered this date,

IT IS ORDERED AND ADJUDGED that judgment hereby is GRANTED in favor of defendant on plaintiff's claims.

                DAVID J. WEAVER
                CLERK OF THE COURT

                BY: s/Josephine Chaffee
                    DEPUTY COURT CLERK

Dated: April 27, 2011